**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 16, 2009

Charles R. Fulbruge III
Clerk

No. 08-20823
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

OSMAN CASTILLO, also known as Osman Castillo-Castillo, also known as
Osman A Castillo-Castillo

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CR-492-ALL

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Osman Castillo has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967). Castillo has not filed a response. Our
independent review of the record and counsel's brief discloses no nonfrivolous
issue for appeal. Accordingly, counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.